UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:22-CV-62242-WPD

JUAN C. JIMENEZ,

    Plaintiff,

v.

ENVISION PHYSICIAN SERVICES, LLC
a foreign limited liability company,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, JUAN C. JIMENEZ, (hereinafter "JIMENEZ" or "Plaintiff"), through his retained undersigned counsel and in agreement with defense counsel, hereby provides notice that the parties have reached a settlement of all claims in this case. The parties are negotiating the language of a final settlement agreement.

The Parties respectfully ask the Court to provide them with 30 days within which to file the appropriate dismissal pleadings.

Pursuant to S.D. Fla. L.R. 7.1(a)(2), a proposed order granting the relief sought herein will be e-mailed to the Honorable District Court Judge William Dimitrouleas (Dimitrouleas@flsd.uscourts.gov) pursuant to the Administrative Procedures for Case Management Electronic Case Filing CM/ECF of this Court.

Dated:    January 9, 2023        Respectfully filed,

                                              By: s/ Dion J. Cassata
                                                  Dion J. Cassata
                                                Florida Bar No. 672564
                                                Email: *dion@cassatalaw.com*

CASSATA LAW, PLLC<br>
Boca Crown Centre<br>
7999 N. Federal Highway<br>
Suite 202<br>
Boca Raton, Florida 33487<br>
Telephone:   (954) 364-7803<br>
Facsimile:   (954) 251-4787

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Catherine H. Molloy, Esq.<br>
*molloyk@gtlaw.com*

Raymond D. Jackson<br>
*jacksonra@gtlaw.com*

GREENBERG TRAURIG, P.A.<br>
101 E. Kennedy Blvd., Suite 1900<br>
Tampa, FL 33602<br>
(813) 318-5700 – Phone<br>
(813) 318-5900 – Fax

Attorneys for Defendant